**Order entered April 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00274-CV

**STEWARD HEALTH CARE SYSTEM LLC, ET AL., Appellants**

**V.**

**FRANK SAIDARA, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16862**

## ORDER

Before the Court is appellee's April 17, 2019 unopposed motion for an extension of time

to file his brief.  We **GRANT** the motion and extend the time to **May 14, 2019**.


/s/      KEN MOLBERG
JUSTICE